### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**PERCY GATES, ET AL.**                                                              **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO. 1:06CV1193HSO-JMR**

**CROWLEY LINER SERVICES, INC., ET AL.**                              **DEFENDANTS**

### JUDGMENT OF DISMISSAL

This matter comes before the Court *sua sponte*, pursuant to Rule 41 of the

Federal Rules of Civil Procedure.  Pursuant to the Order and Reasons entered in

this cause this same date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action

is hereby dismissed, without prejudice.

**SO ORDERED AND ADJUDGED**, this the 6th day of August, 2008.


*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE